LINCOLN PARQUET FLOOR CORPORATION, Respondent, v. NEW YORK TELEPHONE COMPANY, Defendant, Impleaded with PARAMOUNT PARQUET FLOOR CO., INC., and DANIEL WOLIN, Appellants.— Order restraining plaintiff and certain of the

defendants affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.